IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2008 APR 17  P 1: 25

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| THE FLEXIBLE BENEFITS COUNCIL<br>originally known as and d/b/a<br>EMPLOYERS COUNCIL ON,<br>FLEXIBLE COMPENSATION,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH FELTMAN, et al.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. 1:08cv371 (JCC/BRP)<br>:<br>:<br>:<br>:<br>: |

## MOTON FOR TEMPORARY RESTRAINING ORDER

Plaintiff, by counsel, hereby moves this Court for a temporary restraining order as set forth in the accompanying memorandum of points and authorities and as supported by the attached Affidavit of David .M. Carver and the Exhibits hereto.

Respectfully submitted,

THE FLEXIBLE BENEFITS COUNCIL
originally known as and d/b/a
EMPLOYERS COUNCIL ON
FLEXIBLE COMPENSATION
By Counsel

_____
Bernard J. DiMuro, Esquire
Virginia State Bar #18784
*Counsel for Plaintiff*
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
Ph. (703) 684-4333
Fax (703) 548-3181
bdimuro@dimuro.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2008, I tendered to the Clerk of Court a hard copy of the foregoing prior to the CM/ECF system being set up in this matter.

I hereby certify on this 17th day of April 2008, that I served or made arrangements to serve a copy of the foregoing on the defendants as follows:

| | |
|---|---|
| Kenneth Feltman | A copy was given to the process server to serve upon Mr. Feltman at the address listed on the Complaint. |
| Anthony Hawks | A copy was sent to the process server to serve upon Mr. Hawks at the address listed upon the Complaint. Further, a copy was sent via electronic mail to him at his known email address; hawks@starpower.net. |
| Employers Council on Flexible Compensation, Ltd. | A copy was given to the process server to serve with the Complaint upon Terrance R. McKain at the address listed on the Complaint and a copy was sent by hand delivery to the registered office; i.e. 1015 15th Street, N.W., Suite 1000, Washington, D.C. 20005 |

/s/ *[signature]*
Bernard J. DiMuro, Esquire
Virginia State Bar #18784
*Counsel for Plaintiff*
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
Ph. (703) 684-4333
Fax (703) 548-3181
bdimuro@dimuro.com

IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE FLEXIBLE BENEFITS COUNCIL
originally known as and d/b/a
EMPLOYERS COUNCIL ON,
FLEXIBLE COMPENSATION,

    Plaintiff,

v.

KENNETH FELTMAN, et al.

    Defendants.

Case No. 1:08cv371 (JCC/BRP)

## AFFIDAVIT OF DAVID M. CARVER

I, DAVID M. CARVER, do hereby swear, under penalty of perjury, as follows:

1. I am an adult citizen of the United States.

2. Since December 1, 2007, I have served as the Executive Director of The Flexible Benefits Council originally known as and d/b/a Employers Council On Flexible Compensation ("ECFC"). Prior to December 1, 2007 beginning in 2000, I served as a member of the Board of Directors of ECFC and was the Chairman of ECFC's Board of Directors.

3. I have reviewed the Complaint drafted by ECFC's counsel in this matter and can state and affirm that the factual allegations are true and accurate to the best of my knowledge except where stated to be "upon information and belief", in which case I believe them to be true. I have relied on counsel for any assertions that characterize the facts and regarding the application of law to facts and have relied on counsel to obtain certain corporate records of Radnor, Inc. and Employers Council on Flexible Compensation, Ltd.

4. The exhibits attached hereto that are records of ECFC are true and authentic copies; i.e. Exhibits 1-5, 8-9, 11-12, 16, 20, 22, and 23. The exhibits attached hereto that are web site pages and/or filings of Radnor, Inc. or Employers Council on Flexible Compensation, Ltd., are, to the best of my knowledge authentic as I have relied upon counsel to obtain such records from the DC government or the Patent & Trademark Office and the web sites of Radnor, Inc. and/or Employers Council on Flexible Compensation.; i.e. Exhibits 6, 10, 13-19, 21, and 24. The same is true for the web site page of ASAE, Exhibit 7. Finally, the email attached as Exhibit 25 was forwarded to me by Ms. Tormey.

## VERIFICATION

I, DAVID M. CARVER, declare under penalty of perjury that the facts contained in the foregoing Affidavit are true and correct.

4/16/08
Date

_David M. Carver_
DAVID M. CARVER