```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA

                      Alexandria Division

THE FLEXIBLE BENEFITS         )
COUNCIL,                      )
                              )
     Plaintiff,               )
                              )
          v.                  )      1:08cv371 (JCC)
                              )
KENNETH FELTMAN, et al.,      )
                              )
     Defendants.              )
```

## O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants' Motion to Dismiss Defendant Anthony W. Hawks for Lack of Personal Jurisdiction is DENIED;

(2) Defendants' Motion to Dismiss for Improper Venue is DENIED;

(3) Defendants' Motion to Dismiss for Failure to State a Claim is GRANTED IN PART AND DENIED IN PART;

(4) Plaintiff's Motion for Leave to File a Supplemental Brief is GRANTED;

(5) Count II of Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE; and

(6) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

THIS CAUSE IS CONTINUED.

June 16, 2008                    _____/s/_____
Alexandria, Virginia                      James C. Cacheris
                                 UNITED STATES DISTRICT COURT JUDGE