IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| THE FLEXIBLE BENEFITS COUNCIL ) <br> d/b/a EMPLOYERS COUNCIL ON ) <br>  FLEXIBLE COMPENSATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH FELTMAN, et al., ) <br> ) <br> Defendants. ) | Civil Action No.  1:08cv371 |

O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED that plaintiff's motion to compel documents withheld on assertion of privilege (no. 93) is GRANTED.

ENTERED this 22nd day of August, 2008.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia