```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division
                                        )
THE FLEXIBLE BENEFITS                   )
COUNCIL,                                )
                                        )
     Plaintiff,                         )
                                        )
                                        )
     v.                                 )    1:08cv371 (JCC)
                                        )
                                        )
KENNETH FELTMAN et al.,                 )
                                        )
     Defendants.                        )
                                        )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff's request for attorney's fees and costs is GRANTED;

(2) JUDGMENT is entered against defendants Employers Council on Flexible Compensation Ltd., Kenneth Feltman, and Anthony W. Hawks, jointly and severally and in favor of Plaintiff in the amount of $20,000 in statutory damages;

(3) Plaintiff shall file its request for attorney's fees on or before May 26, 2009 and Defendants shall file their response on or before June 15, 2009; and,

(4) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

```
May 14, 2009                    _____/s/_____
Alexandria, Virginia                    James C. Cacheris
                                UNITED STATES DISTRICT COURT JUDGE
```